O'Brien, Belland & Bushinsky, LLC
David H. Lipow, Esquire, Atty ID DHL8766
509 S. Lenola Rd.
Building 6
Moorestown, NJ 08057
David H. Lipow, Esquire, Atty ID DHL8766
dlipow@obbblaw.com
856 795-2181
*Attorneys for Timothy Haggerty, Esquire*

**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | : | |
| **Tricia L. Posey** | : | **Case No. 20-16321-JNP** |
| **Debtor** | : | **Chapter 13** |
| | : | **Judge Jerrold N. Poslusny, Jr.** |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Timothy Haggerty, Esq. Request is made that any documents filed in this case be served on the undersigned at this address:

509 S. Lenola Rd.
Building 6
Moorestown, NJ 08057

Date: 7/15/2020

/s/David H. Lipow,.
David H. Lipow, Esq.
O'Brien, Belland & Bushinsky, LLC
509 S. Lenola Rd, Building 6
Moorestown, NJ 08057
(856) 795-2181
*Attorney for Creditor*