UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of America, N.A.

In Re:

Tricia L. Posey,

Debtor.

Case No.:      20-16321-JNP

Chapter:      13

Hearing Date:      2/9/2021

Judge:      Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 16 Laguna Drive (Docket # 20)

_____

Date: 2/5/2021                    /s/ Denise Carlon
                                  Signature

*rev.8/1/15*