Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20−16321−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tricia L. Posey
  16 Laguna Drive
  Magnolia, NJ 08049

Social Security No.:
  xxx−xx−3537

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 17, 2020.

On 2/2/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:         March 3, 2021
Time:         09:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 3, 2021
JAN: kaj

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-16321-JNP
Tricia L. Posey                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1             User: admin             Page 1 of 2
Date Rcvd: Feb 03, 2021        Form ID: 185           Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tricia L. Posey, 16 Laguna Drive, Magnolia, NJ 08049-1622 |
| cr | + | Timothy Haggerty, Esq., O'Brien, Belland & Bushinsky, LLC, 509 S. Lenola Rd.,, Building 6, Moorestown, NJ 08057-1561 |
| 518828270 | + | Adinolfi, Lieberman, Burick, Falkenstein,, Roberto & Molotsky, 4 Kings Highway East, Haddonfield, NJ 08033-2002 |
| 518828257 | + | Bank of America, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 518896625 | + | David H. Lipow, Esquire, 509 S. Lenola Rd., Building 6, Moorestown, NJ 08057-1561 |
| 518828268 | + | Direct TV by American InfoSource, P.O. Box 5008, Carol Stream, IL 60197-5008 |
| 518828258 | #+ | KML Law Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518828256 | + | Law Office of Warren Jones, Jr., 1 Trinity Lane, Mt. Holly, NJ 08060-1747 |
| 518828266 | + | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518828267 | + | South Jersey Gas Company, Bankruptcy Dept., P.O. Box 577, Folsom, NJ 08037-0577 |
| 518828271 | + | Timothy Haggerty, Esquire, O'Brien, Belland & Bushinsky, 509 S. Lenola Road, Building 6, Moorestown, NJ 08057-1561 |
| 518895779 | + | Timothy Haggerty, Esquire, O'Brien, Belland & Bushinsky, LLC, 509 S. Lenola Rd., Bldg. 6, Moorestown, NJ 08057-1561 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2021 00:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 00:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518828263 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 04 2021 00:18:03 | Absolute Resolutions, c/o Recovery Management Systems, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 518828260 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2021 00:19:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 518828269 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2021 00:18:25 | Ashley Funding Services-Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 518828255 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 04 2021 00:19:00 | Carrington Mortgage, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 518866114 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 04 2021 00:19:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 518828265 | + | Email/Text: ebn@nemours.org | Feb 04 2021 00:20:00 | Nemours NJ Physician Practice, P.O. Box 530277, Atlanta, GA 30353-0277 |
| 518828262 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2021 00:18:03 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 518828261 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 20-16321-JNP    Doc 26    Filed 02/05/21    Entered 02/06/21 00:17:29    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 03, 2021 | Form ID: 185 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 04 2021 00:18:14 | Portfolio Recovery Associates, P.O. Box 41067, Norfolk, VA 23541 |
| 518828264 | + | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2021 00:19:00 | Quantum3 Group, c/o Absolution Resolutions, P.O. Box 788, Kirkland, WA 98083-0788 |
| 518828259 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 04 2021 00:18:10 | US Dept. of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518833086 | * | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518897218 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David H. Lipow | on behalf of Creditor Timothy Haggerty Esq. dlipow@obbblaw.com, crodriguez@obbblaw.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Stacey L. Mullen | on behalf of Debtor Tricia L. Posey slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6