Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20–16321–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tricia L. Posey
  16 Laguna Drive
  Magnolia, NJ 08049

Social Security No.:
  xxx–xx–3537

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          February 1, 2022
Time:          11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*35* – Certification in Opposition to (related document:34 Creditor's Certification of Default (related document:20 Motion for Relief from Stay re: 16 Laguna Drive, Magnolia, NJ 08049. Fee Amount $ 188. filed by Creditor BANK OF AMERICA, N.A., 21 Opposition filed by Debtor Tricia L. Posey, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. Objection deadline is 01/18/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BANK OF AMERICA, N.A.) filed by Stacey L. Mullen on behalf of Tricia L. Posey. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: January 5, 2022
JAN: kaj

                                           Jeanne Naughton
                                           Clerk