Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 20-16321 (JNP)**

Tricia L. Posey
16 Laguna Drive
Magnolia, NJ 08049

Monthly Payment: $1,292.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/2021 | $1,035.00 | 01/20/2021 | $1,035.00 | 03/09/2021 | $3,000.00 | 04/20/2021 | $1,300.00 |
| 05/26/2021 | $1,500.00 | 07/09/2021 | $2,000.00 | 08/11/2021 | $1,325.00 | 09/15/2021 | $1,800.00 |
| 10/26/2021 | $1,325.00 | 12/07/2021 | $2,650.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TRICIA L. POSEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $4,250.00 |
| 1 | ABSOLUTE RESOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ADINOLFI, LIEBERMAN, BURICK, FALKENSTEIN, | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $19,594.38 | $0.00 | $0.00 | $0.00 |
| 4 | ASHLEY FUNDING SERVICES, LLC | 33 | $88.28 | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CARRINGTON MORTGAGE SERVICES, LLC | 24 | $51,529.89 | $12,019.01 | $39,510.88 | $390.67 |
| 7 | DIRECT TV BY AMERICAN INFOSOURCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LAW OFFICE OF WARREN JONES, JR. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | NEMOURS NJ PHYSICIAN PRACTICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PRESSLER, FELT & WARSHAW | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | TIMOTHY HAGGERTY, ESQUIRE | 33 | $4,746.00 | $0.00 | $0.00 | $0.00 |
| 17 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | US DEPT. OF HUD | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | CARRINGTON MORTGAGE SERVICES, LLC | 24 | $10,439.76 | $1,898.84 | $8,540.92 | $0.00 |
| 22 | CARRINGTON MORTGAGE SERVICES, LLC | 13 | $538.00 | $538.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2020 | 8.00 | $0.00 |
| 02/01/2021 | Paid to Date | $8,145.00 |
| 03/01/2021 | 51.00 | $1,292.00 |
| 06/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $16,970.00 |
| Total paid to creditors this period: | $4,640.67 |
| Undistributed Funds on Hand: | $2,427.40 |
| Arrearages: | ($1,980.00) |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**