UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of America, N.A.

In Re:

Tricia L. Posey,

Debtor.

Case No.: __20-16321-JNP__

Chapter: __13__

Hearing Date: __3/1/2022__

Judge: __Poslusny__

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 34)

_____

Date: 02/24/2022                          /s/ Denise Carlon
                                          Signature

*rev.8/1/15*