# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u>**

**Caption in Compliance with D.N.J.LBR 9004-1**
Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
<u>dcarlon@kmllawgroup.com</u>
Bank of America, N.A.

CASE NO. 20-16321 JNP
CHAPTER 13
Judge: Jerrold N. Poslusny Jr.

In re:

Tricia L. Posey

# CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 08/15/2008

I, _____, employed as _____ by Carrington Mortgage Services LLC, for Bank of America, N.A., hereby certifies the following information:

Recorded on August 20, 2008 in Camden County, in Book 08892, at Page 1426.

Property Address: <u>16 Laguna Drive, Magnolia NJ 08049.</u>

Mortgage Holder: <u>Bank of America, N.A.</u>

Mortgagor(s)/ Debtor(s): <u>Tricia L. Posey</u>

POST-PETITION PAYMENTS (Petition filed on May 07, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 04/05/2022 | | | | | - |
| | | To Suspense | $1,773.00 | 02/23/2022 | $1,773.00 |
| $1,952.32 | | Lump Sum per Order | $2,405.00 | 02/23/2022 | $2,225.68 |
| $1,772.48 | 03/01/2022 | 03/2022 | From Suspense | 02/28/2022 | $453.20 |
| $1,772.48 | 04/01/2022 | 04/2022 | $1,952.32 | 02/28/2022 | $633.04 |
| $1,772.48 | 05/01/2022 | 05/2022 | $2,047.68 | 02/28/2022 | $908.24 |
| $1,747.02 | 06/01/2022 | 06/2022 | From Suspense | 07/13/2022 | $(838.78) |
| $1,747.02 | 07/01/2022 | 07/2022 | From Suspense | 07/13/2022 | $(2,585.80) |
| Total Due: $ 10,763.80 | | Total Received: $8,178.00 | | Arrears: $(2,585.80) | |

Continue on attached sheets if necessary.

Monthly payments past due: 1mo. X $1,772.48, 2mos. X $1,747.02.

Arrears: $(2,585.80)

Each current monthly payment is comprised of:
Effective as of July 15, 2022, the current monthly payment is comprised of:
    Principal and Interest   $895.99_____
    R.E. Taxes:             $_____

|  |  |  |
|---|---|---|
| Insurance: | $_____ | |
| Other: | $851.03_____ | (Specify: Escrow) |
| TOTAL | $1,747.02____ | |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notices of Mortgage Payment Change: Filed 06/29/2020 effective 06/01/2020, 04/27/2021 effective 06/01/2021, 04/27/2022 effective 06/01/2022.

PRE-PETITION ARREARS: $51,529.89

I certify under penalty of perjury that the foregoing is true and correct.

Dated:    07/28/2022

/s/ *Torwyne Ashley*
Signature