UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
By: Stacey L. Mullen, Esquire (SM5598)

| | |
|---|---|
| In Re:<br>　　　Tricia L. Posey, | Case No.: ___20-16321<br>Judge: ____JNP<br>Chapter: 13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION
### _X_ TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT
### TO TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT

　　　The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.　　___ Motion for Relief from the Automatic Stay filed by creditor
　　　　. A hearing has been scheduled for
　　　　　　at　　am

OR

　　___ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for __, at _____ am.

　_X_ Certification of Default filed by creditor, Carrington Motion
　I am requesting a hearing be scheduled on this matter.

OR

　___ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons **(choose one)**:

　　___ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.
　　　___ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

    X   Other **(explain your answer)**: Debtor broke her hand and leg and has been in the bed ridden for the last 9 weeks. Notwithstanding the above, debtor can pay the amount due in the motion within the next 10 days. She is just starting with physical therapy and finally able to drive. Debtor would ask to pay August and September by the end of September.

    3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

    4. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Date: 08/12/22                              /s/ Tricia L. Posey
                                                  Debtor's Signature

**NOTE:** Pursuant to the Court's General Orders entered on January 4th, 2005, this form must be filed with the Court and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date, pursuant to *DNJ LBR 9013-1(d), Motion Practice*,** if filed in opposition to a *Motion for Relief from the Automatic Stay*; **and within 10 days of the filing of a** *Creditor's Certification of Default* **under an** *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*. **Absent the filing of this mandatory new form, the creditor's stay relief motion will be deemed uncontested, and the creditor's appearance at the hearing will *not* be required.**

*1/3/05/jml*