Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20–16321–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Tricia L. Posey
    16 Laguna Drive
    Magnolia, NJ 08049

Social Security No.:
    xxx–xx–3537

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

  NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              October 20, 2023
Time:                   10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*60* – Certification in Opposition to (related document:59 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 10/2/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Stacey L. Mullen on behalf of Tricia L. Posey. (Attachments: # 1 Exhibit) (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: September 19, 2023
JAN: eag

                                                                        Jeanne Naughton
                                                                        Clerk