Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 20–16321–JNP
                              Chapter: 13
                              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tricia L. Posey
   16 Laguna Drive
   Magnolia, NJ 08049

Social Security No.:
   xxx–xx–3537

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                 October 10, 2023
Time:               11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*61* – Certification in Opposition to (related document:58 Creditor's Certification of Default (related document:20 Motion for Relief from Stay re: 16 Laguna Drive, Magnolia, NJ 08049. Fee Amount $ 188. filed by Creditor BANK OF AMERICA, N.A., 54 Order (Generic)) filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. Objection deadline is 09/29/2023. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BANK OF AMERICA, N.A.) filed by Stacey L. Mullen on behalf of Tricia L. Posey. (Attachments: # 1 Exhibit) (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: September 19, 2023
JAN: eag

                                                                                                Jeanne Naughton
                                                                                                 Clerk