Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

Case No.: 20−16321−JNP  
Chapter: 13  
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tricia L. Posey  
   16 Laguna Drive  
   Magnolia, NJ 08049

Social Security No.:  
   xxx−xx−3537

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 2/20/24 at 11:00 AM

to consider and act upon the following:

**75** − Certification in Opposition to (related document:74 Creditor's Certification of Default (related document: 70 Order (Generic)) filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. Objection deadline is 01/30/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise). Modified on 1/17/2024 TO CORRECT LINK. filed by Creditor BANK OF AMERICA, N.A.) filed by Stacey L. Mullen on behalf of Tricia L. Posey. (Attachments: # 1 Exhibit) (Mullen, Stacey)

Dated: 1/26/24

                                        Jeanne Naughton  
                                        Clerk, U.S. Bankruptcy Court