Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-16321 (JNP)

Tricia L. Posey  
16 Laguna Drive  
Magnolia, NJ  08049

Monthly Payment: $1,446.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/01/2023 | $7,000.00 | 09/26/2023 | $5,662.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TRICIA L. POSEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $800.00 |
| 1 | ABSOLUTE RESOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ADINOLFI, MOLOTSKY, BURICK & FALKENSTEIN, PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $19,594.38 | $0.00 | $0.00 | $0.00 |
| 4 | ASHLEY FUNDING SERVICES, LLC | 33 | $88.28 | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CARRINGTON MORTGAGE SERVICES, LLC | 24 | $51,529.89 | $31,208.37 | $20,321.52 | $8,589.66 |
| 7 | DIRECT TV BY AMERICAN INFOSOURCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LAW OFFICE OF WARREN JONES, JR. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | NEMOURS NJ PHYSICIAN PRACTICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PRESSLER, FELT & WARSHAW | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | TIMOTHY HAGGERTY, ESQUIRE | 33 | $4,746.00 | $0.00 | $0.00 | $0.00 |
| 17 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | US DEPT. OF HUD | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | CARRINGTON MORTGAGE SERVICES, LLC | 24 | $10,439.76 | $6,046.93 | $4,392.83 | $1,856.79 |
| 22 | CARRINGTON MORTGAGE SERVICES, LLC | 13 | $538.00 | $538.00 | $0.00 | $0.00 |
| 23 | CARRINGTON MORTGAGE SERVICES, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 24 | CARRINGTON MORTGAGE SERVICES, LLC | 13 | $200.00 | $200.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | CARRINGTON MORTGAGE SERVICES, LLC | 13 | $200.00 | $200.00 | $0.00 | $200.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2020 | 40.00 | $0.00 |
| 10/01/2023 | Paid to Date | $48,607.00 |
| 11/01/2023 | 19.00 | $1,446.00 |
| 06/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,662.00 |
| Total paid to creditors this period: | $11,446.45 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $4,338.00 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**