UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
By: Stacey L. Mullen, Esquire (SM5598)

In Re:                                                                                  Case No.: ___20-16321
    Tricia L. Posey,                                                       Judge: ____JNP
                                                                                                                                             Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION
## TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT
## __X__ TO TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ____ Motion for Relief from the Automatic Stay filed by creditor
    _____. A hearing has been scheduled for
    _____ at _____ am

OR

____ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for __, at _____ am.

____ Certification of Default filed by creditor,
I am requesting a hearing be scheduled on this matter.

OR

__X__ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons **(choose one)**:

____ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.
____ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

  __X__  Other **(explain your answer)**: Debtor made a recent payment in the amount of $4,000.00. We are waiting for said payment to post to her account. Debtor can cure her remaining balance by the end of March.

    3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

    4. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Date: 02/10/25    /s/ Tricia L. Posey
    Debtor's Signature

**NOTE:** Pursuant to the Court's General Orders entered on January 4th, 2005, this form must be filed with the Court and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date, pursuant to *DNJ LBR 9013-1(d), Motion Practice*,** if filed in opposition to a *Motion for Relief from the Automatic Stay*; **and within 10 days of the filing of a *Creditor's Certification of Default* under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*. Absent the filing of this mandatory new form, the creditor's stay relief motion will be deemed uncontested, and the creditor's appearance at the hearing will *not* be required.**

*1/3/05/jml*