Certificate Number: 05781-NJ-DE-039585386

Bankruptcy Case Number: 20-16321



05781-NJ-DE-039585386

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 23, 2025, at 10:13 o'clock AM PDT, Tricia Posey completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    April 23, 2025

By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President